No. 220. JACOBS, TREASURER OF SUFFOLK COUNTY, ET AL. *v.* ROGERS ET AL.; and

No. 221. PACT REALTY CORP. *v.* ROGERS ET UX. Appeals from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied.

No. 234. GOETZ ET AL. *v.* BOARD OF REGENTS, STATE SENIOR COLLEGES, ET AL. Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 311. TYGART *v.* ARKANSAS. Appeal from Sup. Ct. Ark. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 348. WELCH *v.* MISSISSIPPI. Appeal from Sup. Ct. Miss. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 405. CONNELLY FOUNDATION *v.* SCHOOL DISTRICT OF HAVERFORD TOWNSHIP. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 486. WHEELRIGHT ET AL. *v.* COUNTY OF MARIN ET AL. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.